Law Offices of Todd M. Friedman, P.C.
Adrian R. Bacon (280332)
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW ROSE, JEREMY LEBMAN and PATRICIA HERVEY on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANSUM CLINIC and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 2:23-cv-06538-JFW-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the entire case without prejudice. Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 23rd day of August, 2023.

By: <u>s/Adrian R. Bacon</u>
Adrian R. Bacon, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

# CERTIFICATE OF SERVICE

Filed electronically on this 23rd day of August, 2023, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

This 23rd day of August, 2023.

By: s/Adrian R. Bacon
    Adrian R. Bacon